1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10    TAREQ ZIAD FOUAD ZAKARNEH,

11                              Petitioner,

CASE NO. 2:25-cv-00707-DGE-GJL

          v.

12                                                  ORDER TO RESPOND

      UNITED STATES IMMIGRATION AND
13    CUSTOMS ENFORCEMENT, *et al.*,

14                              Respondents.

15          On October 24, 2025, Petitioner Tareq Ziad Fouad Zakarneh filed a Notice with the Court

16    stating that the government intended to remove him on or before October 28, 2025, to Palestine.

17    Dkt. 63. Since the filing of the Notice, Respondents have not updated the Court regarding

18    Petitioner's present custody status. Therefore, the Court directs Respondents to **FILE** a status

19    update as to Petitioner's custody status on or before **November 17, 2025**.

20    ///

21    ///

22    ///

23

24

ORDER TO RESPOND - 1

1     Finally, the Court **ORDERS** the Clerk of Court to **RENOTE** the Motion to Dismiss

2  (Dkt. 20) and the Motion to Block Deportation (Dkt. 32) to **November 17, 2025**.

3

4     Dated this 10th day of November, 2025.

5

6

7  Grady J. Leupold
    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24