UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAREQ ZIAD FOUAD ZAKARNEH,

Petitioner,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

Respondents.

CASE NO. 2:25-cv-00707-DGE-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation.

(2)  Respondents' Motion to Dismiss (Dkt. 20) is granted.

(3)  Petitioner's federal habeas Petition (Dkt. 1) is denied.

(4)  Petitioner's Motion to Block Deportation (Dkt. 32) is denied as moot.

(5)  This action is dismissed without prejudice.

(6)  The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondents, and to the Hon. Grady J. Leupold.

1    **DATED** this ___ day of [Pick the date].

2

3                                              _____
                                               DAVID G. ESTUDILLO
4                                              United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND RECOMMENDATION - 2