# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAREQ ZIAD FOUAD ZAKARNEH,<br><br>      Petitioner,<br><br>  v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>      Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.  2:25-cv-00707-DGE-GJL |

\_\_\_     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court**. This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

      The Report and Recommendation is adopted and approved. The Petition is premature, so this action is DISMISSED WITHOUT PREJUDICE.

      Dated this \_\_\_\_\_ day of Pick date..


                                                                                            Ravi Subramanian_____
                                                                                           Clerk



                                                                           _____

                                                                                           Deputy Clerk