UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAREQ ZIAD FOUAD ZAKARNEH,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,<br><br>　　　　　　Respondents. | CASE NO. 2:25-cv-00707-DGE<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

　　　Respondents indicated Petitioner was "tentatively scheduled" for a removal flight on November 22, 2025. (Dkt. No. 67 at 2.) The docket does not reflect whether Petitioner has in fact been removed. The Court ORDERS Respondents to provide a status update by **Friday, December 5 at 12:00 p.m.** on Petitioner's whereabouts and/or whether Petitioner remains in detention at the Northwest ICE Processing Center.

　　　Dated this 4th day of December 2025.

- 1

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2