# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAREQ ZIAD FOUAD ZAKARNEH,<br><br>　　　　　　　　　Petitioner,<br>　v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,<br><br>　　　　　　　　　Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:25-cv-00707-DGE |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the R&R (Dkt. No. 68) is ADOPTED.  Respondents' motion to dismiss (Dkt. No. 20) is GRANTED.  Petitioner's motion to block deportation (Dkt. No. 32) is DENIED as moot.  Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is DENIED without prejudice.  This action is DISMISSED without prejudice.

…

Dated January 9, 2026.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Michael Williams
　　　　　　　　　　　　　　　　　　Deputy Clerk