UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAREQ ZIAD FOUAD ZAKARNEH,<br><br>               Petitioner,<br>    v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>               Respondents. | CASE NO. 2:25-cv-00707-DGE<br><br>ORDER ON PETITIONER'S UPDATE ON IMMIGRATION PROCEEDINGS (DKT. NO. 80) |

      This matter comes before the Court on Petitioner's "Notification of an Update of Other Immigration Proceeding[s] at the BIA & Federal Proceeding at the Ninth Circuit for Judge David Estudillo," which was received by the Court on January 12, 2026.  (Dkt. No. 80.)  The Court has reviewed Petitioner's filing but finds that it does not alter the analysis or outcome of the order issued on January 9, 2026 (*see* Dkt. No. 78) adopting the Report and Recommendation of U.S. Magistrate Judge Grady J. Leupold and dismissing Petitioner's petition for writ of habeas corpus.

      Judgment has been entered (Dkt. No. 79) and this matter is closed.

1  Dated this 13th day of January 2026.

David G. Estudillo
United States District Judge