UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAREQ ZIAD FOUAD ZAKARNEH,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br><br>Respondent. | CASE NO. 2:25-cv-00707-DGE<br><br>ORDER ON MOTION TO<br>EXPEDITE (DKT. NO. 86) |

This matter has been closed since January 9, 2026, when the Court denied Petitioner's original petition for writ of habeas corpus. (*See* Dkt. No. 78.) On April 21, 2026, Petitioner filed two motions: a motion for reconsideration (Dkt. No. 83) and a "Motion for Extension of Time to Extend Statute Limit of Law" (Dkt. No. 84), which requested an expedited ruling on Petitioner's motion for reconsideration. The Court denied both motions on April 23, 2026, because they appeared to raise new claims for relief based on new facts. (Dkt. No. 85.)

On April 29, 2026, the Court received Petitioner's "Motion to Expedite Ruling" (Dkt. No. 86), which requests expedited decisions on the above-mentioned motions (Dkt. Nos. 83,

ORDER ON MOTION TO EXPEDITE (DKT. NO. 86) - 1

84).[1]  The Court DENIES Petitioner's "Motion to Expedite Ruling" (Dkt. No. 86) for the same reasons, namely, because Petitioner is raising new claims for relief based on new facts rather than requesting reconsideration of the Court's order denying the original habeas petition.  This matter (Case No. 2:25-cv-00707-DGE) remains CLOSED.

The Court again DIRECTS Petitioner to file a new petition for writ of habeas corpus under a new case number.  The new petition must clearly identify the facts and legal authority supporting each cause of action.  The new petition must also name Petitioner's custodian (in this instance, the warden of the Northwest ICE Processing Center), as a Respondent so that the Court may exercise jurisdiction.  *See Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024).  Petitioner may use the Court's template petition for writ of habeas corpus under 28 U.S.C. § 2241 as a guide.  Petitioner must also file a new application to proceed *in forma pauperis* ("IFP").

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address and is further directed to send Petitioner a copy of the Court's "Petition for a writ of habeas corpus under 28 U.S.C. § 2241 – Immigration Cases Information Sheet."

Dated this 30th day of April 2026.

David G. Estudillo
United States District Judge

---

[1] The motion is dated April 26, 2026.  (Dkt. No. 86 at 3.)  As with all habeas petitioners in immigration detention, Petitioner must submit his filings by mail, so the Court assumes Petitioner had not yet received the Court's order denying his motion for reconsideration and first motion to expedite when he filed the instant motion.

ORDER ON MOTION TO EXPEDITE (DKT. NO. 86) - 2